UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22977-CIV-O'SULLIVAN

[CONSENT]

CELIA VICENTE as guardian and, next
best friend of SOFIA TESAURO, a minor,

    Plaintiff,

v.

J.C. PENNEY CORPORATION, INC.,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on the Petition for Approval of Minor Settlement (DE# 29, 11/26/18) and the Amended Petition for Approval of Minor Settlement (DE# 33, 12/6/18).

This case involves a state law claim and was removed to federal court on diversity jurisdiction. See Notice of Removal to Federal Court (DE# 1, 7/24/18). This case involves a minor and requires approval of the settlement by the Court. Fla. Stat. § 744.387(1). Florida law provides that "[w]hen a settlement of any claim by or against the guardian, whether arising as a result of personal injury or otherwise, and whether arising before or after appointment of a guardian, is proposed, ... the court may enter an order authorizing the settlement if satisfied that the settlement will be for the best interest of the ward." Id.

The Court has reviewed the terms of the Settlement Agreement including the

amount to be received on behalf of the minor and the attorney's fees and costs to be received by counsel and finds that the settlement is in the best interest of the minor. Accordingly, it is

**ORDERED AND ADJUDGED** that the Amended Petition for Approval of Minor Settlement (DE# 33, 12/6/18) is **GRANTED**. The Settlement Agreement is hereby APPROVED.[1] The defendants shall have until **Thursday, December 20, 2018** to pay the settlement proceeds. It is further

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE.** The Court **retains jurisdiction until Thursday, January 17, 2019** to enforce the terms of the settlement.

**ORDERED AND ADJUDGED** that the Petition for Approval of Minor Settlement (DE# 29, 11/26/18) is **DENIED as moot**.

The Clerk of Court is directed to mark this case as CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida this **6th** day of December, 2018.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff's counsel shall attempt to settle/adjust the medical bills described in the Final Settlement Statement. The proceeds from any discounts of the medical bills shall be provided to the plaintiff.